Beth Ann R. Young (CA State Bar No. 143945)
Michelle S. Grimberg (CA State Bar No. 217327)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
E-mail: bry@lnbrb.com; msg@lnbrb.com

Attorneys for Defendant Sidney B. Dunmore

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>DUNMORE HOMES, INC.,<br><br>Debtor.<br>_____<br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A CONNECTICUT CORPORATION<br><br>Plaintiffs,<br><br>vs.<br><br>SIDNEY B. DUNMORE, an individual, et al.<br><br>Defendants.<br>_____<br>COMERICA BANK,<br><br>Counter-Claimant<br>and Cross-Claimant,<br><br>vs.<br><br>SIDNEY B. DUNMORE, an individual, et al.,<br><br>Counter-Defendants<br>and Cross-Defendants | Bankruptcy Case No. 08-20569-B-11<br><br>District Court Case No.:<br>2:09-cv-0499-WBS<br><br>Adversary No. 09-02030<br><br>**~~PROPOSED~~ ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE FOR HEARING ON COMERICA BANK'S MOTION FOR WITHDRAWAL OF THE REFERENCE UNDER 28 U.S.C. § 157(D)**<br><br>**[ELECTRONICALLY FILED]**<br><br>Date: March 30, 2009<br>Time: 2:00 p.m.<br>Dept.: Courtroom 5 (WBS) (Hearing set in District Court) |

IT IS SO ORDERED:

    That Beth Ann R. Young and Michelle S. Grimberg may appear by telephone at the hearing on Comerica Bank's Motion for Withdrawal of the Reference Under 28 U.S.C. 157(D) set for March 30, 2009 at 2:00 p.m. Courtroom 5 (WBS) (Hearing Set in District Court).

DATED: March 5, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

## PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action; my business address is: 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067.

On March 4, 2009 I served the document(s) described as:

**PROPOSED ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE FOR HEARING ON COMERICA BANK'S MOTION FOR WITHDRAWAL OF THE REFERENCE UNDER 28 U.S.C. § 157(D)**

On the interested parties in this action by placing a true copy(ies) thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

__X__ (By Mail) I caused such envelope with postage thereon, fully prepaid to be placed in the United States mail. Executed on March 4, 2009, at Los Angeles, California.

_____ (By Facsimile) I caused said document to be sent via facsimile to the offices of the addressee so designated on the attached list. Executed on _____ __, 2009, at Los Angeles, California.

_____ (By Federal Express/Overnight Mail) I caused such envelope to be delivered by Federal Express (or Express Mail), next business day delivery to the offices of the addressees. Executed on _____ ___, 2009, at Los Angeles, California.

__X__ (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

_____ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                              */s/ Angela Antonio*
                                              Angela Antonio

SERVICE LIST

Attorneys for Leon Szlezinger
William H. Kiekhofer, III
MCGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067

Attorneys for Leon Szlezinger
Adam A. Lewis
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94104-2482

Leon Szlezinger
Managing Director
Recapitalization & Restructuring Group
Jeffries & Company, Inc.
520 Madison Avenue
New York, NY 10022

Attorneys for Travelers Casualty and Surety Company of America
Chad L. Schexnayder, Esq.
JENNINGS, HAUG & CUNNINGHAM, L.L.P.
2800 N. Central Avenue, Suite 1800
Phoenix, AZ 85004-1049

Attorneys for Travelers Casualty and Surety Company of America
Donald J. Colucci, Esq.
WOLKIN CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, CA 94111

Attorneys for Thomas Aceituno
Gregory Hughes, Esq.
HUGHES & PRICHARD, LLP
3017 Douglas Blvd., Suite 300
Roseville, CA 95661

Thomas Aceituno
P.O. Box 189
Folsom, CA 95763

<u>Attorneys for Comerica Bank</u>
Geraldine A. Freeman, esq.
Mathew R. Troughton, Esq.
SHEPPARD, MULLIN, RICHTER &HAMPTON, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4109

Sidney B. Dunmore
9220 Royal Crest Drive
Granite Bay, CA 95746