MCGUIREWOODS LLP
WILLIAM H. KIEKHOFER, III #94022
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210
wkiekhofer@mcguirewoods.com

Attorneys for Defendant and Counter-Claimant
Leon Szlezinger, In His Capacity as Liquidation Trustee
of the Liquidation Trust of Dunmore Homes, Inc.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>DUNMORE HOMES, INC.,<br><br>    Debtor. | CASE NO. 08-20569-B-11<br><br>Chapter 11<br><br>Adv. Proc. No. 09-02030 |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiffs,<br><br>  vs.<br><br>SIDNEY B. DUNMORE, an individual; et al.,<br><br>    Defendants. | **District Court Case No.: 2:09-cv-0499-WBS**<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE FOR HEARING ON COMERICA BANK'S MOTION FOR WITHDRAWAL OF THE REFERENCE UNDER 28 U.S.C. § 157(D)**<br><br>[Electronically Filed] |
| COMERICA BANK.<br><br>    Counter-Claimant and<br>    Cross-Claimant,<br><br>  vs.<br><br>SIDNEY B. DUNMORE, an individual, et al.,<br><br>    Counter-Defendants and<br>    Cross-Defendants. | Date: March 30, 2009<br>Time: 2:00 p.m.<br>Dept.: Courtroom 5 (WBS)<br>    (Hearing set in District Court) |

8137014.1

1     IT IS SO **ORDERED**:

2     That William H. Kiekhofer, III of McGuireWoods LLP, counsel for Defendant and Counter-Claimant Leon Szlezinger, In His Capacity as Liquidation Trustee of the Liquidation Trust of Dunmore Homes, Inc., may appear telephonically at the hearing on Comerica Bank's Motion for Withdrawal of the Reference Under 28 U.S.C § 157(D) set for March 30, 2009 at 2:00 p.m., Courtroom 5 (WBS) (Hearing Set in District Court).

DATED: March 19, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

8137014.1

1