**3**

Chad L. Schexnayder (AZ Bar No. 009832)
**Jennings, Haug & Cunningham, L.L.P.**
2800 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049
Telephone: 602-234-7800
E-mail: cls@jhc-law.com

Donald J. Colucci (SBN 148388)
Daniel C. Welch (SBN 233244)
**Wolkin • Curran, LLP**
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone: 415-982-9390
E-mail: dcolucci@wolkincurran.com

Attorneys for Plaintiff
  Travelers Casualty and Surety Company of America

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>DUNMORE HOMES, INC.,<br><br>  Debtor. | Case No. 08-20569-B-11<br><br>Chapter 11<br><br>Adv. Proc. No. 09-02030 - B |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>  Plaintiff,<br><br>v.<br><br>SIDNEY B. DUNMORE, an individual; THOMAS ACEITUNO, in his capacity as the Chapter 7 Trustee of the Chapter 7 estate of DHI DEVELOPMENT aka Dunmore Homes aka Dunmore Homes, LLC, a California corporation; LEON SZLEZINGER, in his capacity as the Liquidation Trustee of the Liquidation Trust of DUNMORE HOMES, INC., a New York corporation; COMERICA BANK, a Texas State financial institution,<br><br>  Defendants. | District Court Case No.: 2:09-cv-0499-WBS<br><br>**[PROPOSED] ORDER GRANTING TRAVELERS' REQUEST FOR TELEPHONIC APPEARANCE FOR HEARING ON COMERICA BANK'S MOTION FOR WITHDRAWAL OF THE REFERENCE UNDER 28 U.S.C. § 157(D)**<br><br>Date: March 30, 2009<br>Time: 2:00 p.m.<br>Dept.: Courtroom 5 (WBS)<br>(Hearing set in District Court) |

| | |
|---|---|
| COMERICA BANK, | |
| | Counter-Claimant and Cross-Claimant |
| v. | |
| SIDNEY B. DUNMORE, an individual; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; THOMAS ACEITUNO, in his capacity as the Chapter 7 Trustee of the Chapter 7 Estate of DHI DEVELOPMENT aka Dunmore Homes aka Dunmore Homes, LLC, a California corporation; LEON SZLEZINGER, in his capacity as the Liquidation Trustee of the Liquidation Trust of DUNMORE HOMES, INC., a New York corporation, | |
| | Counter-Defendants and Cross-Defendants. |
| LEON SZLEZINGER, in his capacity as the Liquidation Trustee of the Liquidation Trust of DUNMORE HOMES, INC., a New York corporation, | |
| | Cross-Claimant |
| v. | |
| COMERICA BANK; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | |
| | Cross-Defendants |

2

1     **IT IS SO ORDERED** that Chad L. Schexnayder of Jennings, Haug & Cunningham,
2 L.L.P., counsel for Travelers Casualty and Surety Company of America, may appear
3 telephonically at the hearing on Comerica Bank's Motion for Withdrawal of the Reference
4 Under 28 U.S.C. § 157(D) set for March 30, 2009 at 2:00 p.m., Courtroom 5 (WBS) (Hearing
5 Set in District Court).

DATED: March 20, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3392-32/wm